IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY DONALD BILLINGSLEY,    )
                             )
    Plaintiff,               )
                             )   CIVIL ACTION NO.
    v.                       )     2:23cv182-MHT
                             )          (WO)
KAREN WILLIAMS, Warden at    )
Ventress, and ALABAMA        )
BUREAU OF PRISON AND         )
PAROLE COMMISSION,           )
                             )
    Defendants.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit asserting that the named defendants violated his constitutional rights in ways that are not clear.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's application for leave to proceed in forma pauperis be denied and his case be dismissed for failure to comply with a court order. Also before the court are plaintiff's objections to the recommendation.  After an independent and *de novo*

review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of June, 2023.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE