IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY DONALD BILLINGSLEY,  )<br>                             )<br>     Plaintiff,            )<br>                             )<br>     v.                      )<br>                             )<br>KAREN WILLIAMS, Warden at   )<br>Ventress, and ALABAMA        )<br>BUREAU OF PRISON AND         )<br>PAROLE COMMISSION,           )<br>                             )<br>     Defendants.            ) | CIVIL ACTION NO.<br>2:23cv182-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 7) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 4) is adopted.

(3) Plaintiff's application for leave to proceed in forma pauperis (Doc. 2) is denied.

(4) This lawsuit is dismissed without prejudice for failure to comply with a court order.

(5) All other pending motions are denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of June, 2023.

                                       /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**